STATE OF NEW JERSEY v. NAVOROR WILDER.

October 12, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ALAN F. ESTEVES.

October 12, 1982.

Petition for certification granted.

STATE OF NEW JERSEY v. JONELL ROLLINS.

October 12, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. LUKE HUMPHREY.

October 12, 1982.

Petition for certification denied.